**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JANET LYNN CHESSER**                                              **PLAINTIFF**

v.                          **CASE NO. 3:15CV00103 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                **DEFENDANT**

## ORDER

The recommended disposition ("RD") filed by United States Magistrate Judge Beth Deere and plaintiff's objections thereto have been reviewed. After carefully considering these documents and a *de novo* review of the record, the RD is hereby adopted in all respects, the commissioner's decision is affirmed, and plaintiff's complaint [Doc. No. 2] is dismissed.

IT IS SO ORDERED this 18th day of March 2016.

                                                       */s/ Brian S. Miller*
                                                       UNITED STATES DISTRICT JUDGE