# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JANET LYNN CHESSER**                                                                          **PLAINTIFF**

**v.**                             **CASE NO. 3:15CV00103 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                           **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this date, this case is hereby dismissed with prejudice.

DATED this 18th day of March 2016.

_____
UNITED STATES DISTRICT JUDGE